No. 14,930.

PEOPLE EX REL. BURRESS *v.* COUNTY COURT OF
ADAMS COUNTY ET AL.
(111 P. [2d] 1067)

Decided March 17, 1941.

Mr. HENLEY A. CALVERT, for petitioner.

Mr. S. M. TRUE, Mr. W. B. SHOWALTER, for respondents.

PER CURIAM.

Writ denied under the authority of PEOPLE EX REL. *v.* DISTRICT COURT, 30 Colo. 123, 69 Pac. 597, and PEOPLE EX REL. *v.* DISTRICT COURT, 66 Colo. 438, 182 Pac. 5.

MR. CHIEF JUSTICE FRANCIS E. BOUCK concurs solely on the ground that the court may in its discretion deny this kind of original writ.